# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER TO SHOW CAUSE RE DISMISSAL
## FOR FAILURE TO COMPLY WITH THE CASE COMMENCEMENT DEFICIENCY NOTICE

**DEBTOR(S) INFORMATION:**
Sung Hae Hong
**SSN:** xxx–xx–0646
**EIN:** N/A
dba J.S.E. Textile, dba Fashion NA

823 S Mariposa Ave # 4
Los Angeles, CA 90005

**BANKRUPTCY NO.** 2:09–bk–17122–SB
**CHAPTER** 7

It is ordered and notice is hereby given that a hearing in this case which will be held at:

**Date:** 7/6/2010
**Time:** 10:00 AM
**Location:** 255 E. Temple St, Fed.Roybal Bldg.15 fl. Crtm 1575
Los Angeles, CA 90012

To consider and act upon the following:

Order to Show Cause re Dismissal of the above–captioned case because Debtor(s) failed to file one or more documents required by 11 United States Code, the Federal Rules of Bankruptcy Procedure, or the Local Bankruptcy Rules, or because the documents filed by the Debtor(s) were incomplete or deficient. The documents are:

Certificate of Employment Income
Declaration of Attorney
Statement–Form 22 A
Statement of Assistance non–Attorney

If the correct versions of the missing and/or deficient documents are filed and served at least seven (7) days prior to the scheduled hearing, the order to show cause shall be discharged and your appearance will not be necessary. **PLEASE TAKE FURTHER NOTICE** that if the debtor fails to comply with the requirements noted above, at the order to show cause hearing the court may dismiss this case with a prohibition on any refiling of another bankruptcy petition by or against the debtor for 180 days are provided by 11 U.S.C. Section 109(g).

Dated: June 10, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form oscc 11/97) VAN–38

**13 / ELG**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: egarciaC              Page 1 of 1                  Date Rcvd: Jun 10, 2010
Case: 09-17122                Form ID: oscc               Total Noticed: 14

The following entities were noticed by first class mail on Jun 12, 2010.
db           +Sung Hae Hong,    823 S Mariposa Ave # 4,    Los Angeles, CA 90005-2132
aty          +Gilbert B Weisman, ll,    Becket & Lee LLP,    16 General Warren Blvd,    POB 3001,
               Malvern, PA 19355-0701
aty          +Jacob D Chang,    3550 Wilshire Blvd,    Ste 860,    Los Angeles, CA 90010-2433
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA 95812-2952
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
cr            American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23500922     +Crescent Recovery, LLC,    PO Box 1097,    Chesapeake, VA 23327-1097
23471108     +HANMI BANK,    3660 WILSHIRE BLVD STE,    LOS ANGELES CA 90010-2387
23471105     +HOLLY WALKER,    VERUS LAW GROUP,    3122 SANTA MONICA BLVD STE 302,    SANTA MONICA CA 90404-2511
23471106     +MICHAEL SOBKOWIAK,    VERUS LAW GROUP,    3122 SANTA MONICA BLVD STE 302,
               SANTA MONICA CA 90404-2511
23471107     +NARA BANK,    3731 WILSHIRE BLVD STE 1000,    LOS ANGELES CA 90010-2828
The following entities were noticed by electronic transmission on Jun 11, 2010.
tr           +E-mail/Text: margo.tzeng@crowehorwath.com                            Alfred H Siegel,
               Siegel, Gottlieb, Mangel & Levine,    15233 Ventura Blvd., 9th Floor,
               Sherman Oaks, CA 91403-2250
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 12, 2010**                                    **Signature:** _Joseph Speetjens_